922

No. 761, Misc. WANSLEY v. VIRGINIA. Sup. Ct. App. Va. Certiorari denied. *Len W. Holt, Arthur Kinoy, Robert E. Knowlton* and *William M. Kunstler* for petitioner.

No. 762, Misc. JAMES v. MAINE ET AL. Sup. Jud. Ct. Me. Certiorari denied.

No. 763, Misc. MORRIS v. WHITE ET AL. Ct. Civ. App. Tex., 4th Sup. Jud. Dist. Certiorari denied.

Nos. 764, Misc., 767, Misc., 768, Misc., 769, Misc., 774, Misc., and 776, Misc. FAIR v. FAIR. Sup. Ct. Fla. Certiorari denied.

No. 766, Misc. WELTER v. WISCONSIN. Sup. Ct. Wis. Certiorari denied. *Vaughn S. Conway* for petitioner.

No. 770, Misc. STONE v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 777, Misc. CARLUCCI v. LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 780, Misc. TAYLOR v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 781, Misc. BICKLEY ET AL. v. DUNBAR, CORRECTIONS DIRECTOR. Sup. Ct. Cal. Certiorari denied.